JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 13-6551 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| LYLE D. CONNOR, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Lyle D. Connor, in the principal amount of $1,029.98 plus interest accrued to September 3, 2013, in the sum of $1,154.50; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $50.00, for a total amount of **$2,234.48**.

DATED: 10/16/13     By: TERRY NAFISI
                        Clerk of the Court

                        [signature]
                        Deputy Clerk
                        United States District Court

Page 5